# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER WOODS,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 77517

FILED

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on February 9, 2018. Appellant did not file the notice of appeal, however, until November 19, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Cherry

_____, J.
    Parraguirre

_____, J.
    Stiglich

18-908194

cc: Hon. Douglas Smith, District Judge
Christopher Woods
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

